UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ Fifth Amended _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Leon Barrocas    JOINT DEBTOR: _____    CASE NO.: 22-15529-AJC

SS#: xxx-xx- 1869    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☒ Included | ☐ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,500.00 for months 1 to 12 ;

2. $3,221.31 for months 13 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE    ☐ PRO BONO

| Total Fees: $5,700.00 | Total Paid: $1,100.00 | Balance Due: $4,600.00 |
|---|---|---|
| Payable $1,533.33 /month (Months 1 to 3 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
safe harbor fees ($4,500.00) + safe harbor costs ($150.00) + motion to avoid lien no. 1 ($525.00) + motion to avoid lien no. 2. ($525.00)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ally Bank

   Address: Ally Bank
   Payment Processing Center
   PO Box 78367
   Phoenix, AZ 85062

   Arrearage/ Payoff on Petition Date   $38,211.40 (includes statutory interest 4.34%)

   Payoff (Including 0% monthly interest)   $636.85   /month (Months 1 to 60 )

   Last 4 Digits of Account No.: 2212

Debtor(s): Leon Barrocas         Case number: 22-15529-AJC

| Other: | |
|---|---|
| ☐ Real Property | Check one below for Real Property: |
| ☐ Principal Residence | ■ Escrow is included in the regular payments |
| ■ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral: | |
| ■ Personal Property/Vehicle | |
| Description of Collateral: 2018 Chevrolet Express VIN 1GAZGPFP1J1223250 (final judgment of 9/24/2021) | |

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ☐ NONE

Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| 1. Creditor: Ally Bank (final judgment of 9/24/2021) | Collateral: | All assets listed on schedules A/B in this case |
|---|---|---|
| Address: Ally Bank<br>4000 Lexington Avenue North<br>Shoreview, MN 55126 | Exemption: | Fla. Stat. Ann. § 222.25(4) ~Any personal property, provided debtor does not claim or benefit from homestead exemption. |
| Last 4 Digits of Account No.: na | | |
| 2. Creditor: Esther Castleman (final judgment of 3/9/2022) | Collateral: | All assets listed on schedules A/B in this case |
| Address: Esther Castleman<br>7840 SW 133rd Terrace<br>Miami, FL 33176 | Exemption: | Fla. Stat. Ann. § 222.25(4) ~Any personal property, provided debtor does not claim or benefit from homestead exemption. |
| Last 4 Digits of Account No.: na | | |

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee. The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Southeast Toyota Financing<br>PO Box 70832<br>Charlotte NC 28272-0000 | 4077 | 2017 Toyota Tundra 42,748 miles |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

A. Pay   $79.82   /month (Months  1  to  3 )
   Pay   $1,613.15   /month (Months  4  to  12 )
   Pay   $2,262.33   /month (Months  13  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:   ■ NONE

**VI. STUDENT LOAN PROGRAM**   ■ NONE

Debtor(s): Leon Barrocas                                    Case number: 22-15529-AJC

| VII. | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE |
|---|---|

**VIII. INCOME TAX RETURNS AND REFUNDS:**

■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Pursuant to 11 U.S. Code § 1301, this plan proposes to pay the proof of claim no. 17 of Creditor Esther Castleman ("Creditor") grounded in her final judgment dated 3/9/2022, case no. 2021-012978-CA-01, Eleventh Judicial Circuit of Florida ("Judgment"), entered against the Debtor and Fight Sports the Falls, Inc., a/k/a Art in Motion Jiu Jitsu, 8842 SW 129th Street, Miami, Florida 33176 (collectively "Defendants"). As such, Creditor is precluded and/or stayed from any and all collection against the Defendants subject to the Debtor complying with this plan. After receipt of all funds under this plan, Creditor shall then record within thirty (30) days a satisfaction of judgment as to both Defendants.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ _____ Debtor   January 4, 2023                   _____ Joint Debtor   _____
Leon Barrocas                                    Date                                                                                                  Date

/s/ _____                      January 4, 2023
Attorney with permission to sign on                Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.